# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tabatha O. Scott, aka Tabatha O Robinson, aka Tabatha O Robinson Scott<br>Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>Movant<br>vs. | NO. 17-15089 REF |
| Tabatha O. Scott, aka Tabatha O Robinson, aka Tabatha O Robinson Scott<br>Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Jamel Alan Scott<br>Co-Debtor | |
| Frederick L. Reigle, Esq.<br>Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted.

**Date: January 12, 2018**

_____
United States Bankruptcy Judge