United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15089-ref
Tabatha O Scott                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: SaraR              Page 1 of 1              Date Rcvd: Jan 12, 2018
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db             +Tabatha O Scott,    762 Trout Creek Lane,    Allentown, PA 18103-4963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
              EDWARD J. KAUSHAS    on behalf of Debtor Tabatha O Scott ekaushas@kaushaslaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tabatha O. Scott, aka Tabatha O Robinson, aka Tabatha O Robinson Scott<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　　　Movant<br>　vs. | NO. 17-15089 REF |
| Tabatha O. Scott, aka Tabatha O Robinson, aka Tabatha O  Robinson Scott<br>　　　　　　　Debtor(s)<br>Jamel Alan Scott<br>　　　　　　　Co-Debtor<br>Frederick L. Reigle, Esq.<br>　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted.

**Date: January 12, 2018**

_____
United States Bankruptcy Judge