UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

TABATHA O. SCOTT
                                                    : Bankruptcy No. 17-15089REF
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 25, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

EDWARD J KAUSHAS ESQ
995 SUNRISE DRIVE
PITTSTON PA 18640-

TABATHA O. SCOTT
762 TROUT CREEK LANE
ALLENTOWN,PA.18103