United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15089-ref
Tabatha O Scott                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 2              Date Rcvd: Jan 25, 2018
                            Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
```
db            +Tabatha O Scott,    762 Trout Creek Lane,    Allentown, PA 18103-4963
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13966563      +AMEX,   PO Box 981537,    El Paso, TX 79998-1537
13958330      +Lakeview Loan Servicing, LLC,     4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1837
13968884      +M&T Bank,    c/o Matteo S. Weiner, Esq.,    701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
13966562      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
              (address filed with court: People's First FCU,    2141 Downyflake Ln,    Allentown, PA 18103)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Jan 26 2018 01:49:20      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:07
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2018 01:49:26      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13965903      +E-mail/Text: bankruptcy@bbandt.com Jan 26 2018 01:48:54      BB&T, Bankruptcy Section,
                PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
13966561      +E-mail/PDF: pa_dc_ed@navient.com Jan 26 2018 01:50:05      Department of Education/Navient,
                PO Box 9635,    Wilkes-Barre, PA 18773-9635
13970899       E-mail/Text: camanagement@mtb.com Jan 26 2018 01:48:57      Lakeview Loan Servicing, LLC,
                c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
13966559       E-mail/Text: camanagement@mtb.com Jan 26 2018 01:48:57      M&T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
14011482       E-mail/PDF: pa_dc_claims@navient.com Jan 26 2018 01:50:04
                Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
13966560      +E-mail/Text: blegal@phfa.org Jan 26 2018 01:49:14      PA Housing Finance Agency,
                2101 N. Front Street,    Harrisburg, PA 17110-1086
14043081       E-mail/Text: blegal@phfa.org Jan 26 2018 01:49:14      PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
14032620      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 26 2018 01:49:59
                PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13993925      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 26 2018 01:49:21      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13972313      +E-mail/Text: External.Collections@phoenix.edu Jan 26 2018 01:49:41      University of Phoenix,
                4615 Elwood Street, 3rd floor,    Phoenix, AZ 85040-1908
14008954      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2018 01:50:15      Verizon,
                by American InfoSource LP as agent,    4515 Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: pdf900          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              EDWARD J. KAUSHAS    on behalf of Debtor Tabatha O Scott ekaushas@kaushaslaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

TABATHA O. SCOTT
                                                      : Bankruptcy No. 17-15089REF
         Debtor(s)                                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 25, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

EDWARD J KAUSHAS ESQ
995 SUNRISE DRIVE
PITTSTON PA 18640-

TABATHA O. SCOTT
762 TROUT CREEK LANE
ALLENTOWN,PA.18103